| Case No.: | 18-23055-shl | Chapter 13 Fee Application | | | | | | Schedule C |

Case Name: Jose C. Hernandez

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Penachio Malara, LLP | $8,500.00 | $3,500.00 | $5,000.00 | $310.00 | $2,500.00 | $0.00 | $2,500.00 | $0.00 |

Revised September 2011     DATE ON WHICH ORDER WAS SIGNED: _____     INITIALS: _____USBJ